U.S. Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CONNIE STEELE,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO. C05-5048FDB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER |

The administrative record was filed in this case on March 28, 2005.

Counsel has agreed to amend the Scheduling Order entered on March 29, 2005; and shall now conform to the following amended briefing schedule:

Plaintiff's Reply Brief to be filed on or before August 12, 2005.

This appeal will be considered upon the written submissions unless the Court should order oral argument.

///

///

///

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT REPLY BRIEF AND AMEND SCHEDULING ORDER    1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON 98310
(360) 373-8844

///

The clerk is to direct copies of this Order to all counsel of record.

DATED this 21st day of July, 2005.

        s/ *Sherri Allen*
        SHERRI ALLEN –WSBA No. 27410
        Attorney for Plaintiff

        s/ *Sherri Allen*
        BRIAN C. KIPNIS
        Assistant U.S. Attorney
        (signed per oral authorization)

IT IS SO ORDERED this 25th day of July, 2005.

        */s/ J. Kelley Arnold*
        J. KELLEY ARNOLD
        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
REPLY BRIEF AND AMEND SCHEDULING ORDER   2